IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**IVERY MAYS,**

        Plaintiff,

      v.

**UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL 290**, an Oregon local labor organization; **UNITED ASSOCIATION LOCAL 290 APPRENTICESHIP AND JOURNEYMEN TRAINING TRUST FUND AKA LOCAL 290 TRAINING CENTER**, an Oregon apprenticeship program; and **CLARE SHROPSHIRE**, an individual,

        Defendants.

No. 3:16-cv-00914-AC

OPINION AND ORDER

**MOSMAN, J.**,

On August 8, 2017, Magistrate Judge Acosta issued his Findings and Recommendation (F&R) [52], recommending that the Training Center Defendants' motion for Leave to Amend [26] should be GRANTED. No objection was filed.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Acosta's recommendation and I ADOPT the F&R [52] as my own opinion.

IT IS SO ORDERED.

DATED this __8th__ day of September, 2017.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge