UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| IVERY MAYS, | Civil No. 3:16-cv-00914-AC |
| Plaintiff, | **JUDGMENT OF DISMISSAL OF LOCAL 290 ONLY** |
| v. | |
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL 290, et. al. | (FRCP 54(b) Plaintiff's Claims Against Defendant Local 290 Only) |
| Defendants. | |

Pursuant to FRCP 54(b), based upon the stipulated motion of plaintiff and defendant United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, Local 290 ("defendant Local 290"), it is hereby ADJUDGED that plaintiff's claims against defendant Local 290 are dismissed with prejudice and without an award of costs or attorney's fees to either party.

DATED this 5th day of October, 2017.

Honorable John V. Acosta
United States Magistrate Judge

Page 1 – **JUDGMENT OF DISMISSAL OF LOCAL 290 ONLY**